U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 2 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD WAYNE MORRISON** | **CIVIL ACTION NO. 03-1148-P** |
| versus | **JUDGE HICKS** |
| **BURL CAIN, WARDEN ET AL.** **LOUISIANA STATE PENITENTIARY /** | **MAGISTRATE JUDGE HORNSBY** |

*********************************************************************

## CERTIFICATE AS TO APPEALABILITY

A Notice of Appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state Court, the Court considering the record in the case and the requirement of F.R.A.P., Rule 22((b), hereby finds that:

[ ] ~~a certificate of appealability is hereby GRANTED.~~

[✓] A certificate of appealability should not issue, is hereby DENIED.

**REASON FOR DENIAL:**

_Applicant has failed to demonstrate a substantial showing of the denial of a Constitutional right._

Date: June 12, 2006

_____
United States District Judge

1